IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARRET PLESSINGER and <br> JORDAN PLESSINGER <br> Plaintiffs <br><br> vs. <br><br> PURE SAFETY GROUP, INC. <br> d/b/a GUARDIAN FALL <br> Defendants | ) <br> ) <br> ) CASE NO. 1:21-cv-02833 SEB-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ON DISMISSAL

COME NOW, the Plaintiffs, Garret Plessinger and Jordan Plessinger, by counsel, and file herein their Motion To Dismiss With Prejudice, said Motion being in the following words and figures, to-wit:

(H.I.)

And the Court having read and examined said Motion and being duly advised in the premises hereby GRANTS the same, with the parties to bear their own costs and expenses.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiffs' cause of action shall be dismissed, with prejudice, with the parties to bear their own costs and expenses.

DATED: 5/9/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:
John P. Daly, Jr.
Renee J. Mortimer
Daniel J. Curtin